**DISMISS and Opinion Filed January 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01216-CV

**MONTE MENSCH, Appellant**
**V.**
**BARBARA L. MENSCH, Appellee**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-12-18-1**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice Myers

Before the Court is appellant's January 28, 2014 unopposed motion to dismiss the appeal.

Appellant has informed the Court that the parties have resolved their dispute. Accordingly, we

grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/

LANA MYERS

131216F.P05                                                                  JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MONTE MENSCH, Appellant

No. 05-13-01216-CV      V.

BARBARA L. MENSCH, Appellee

On Appeal from the Probate Court No. 1, Dallas County, Texas.
Trial Court Cause No. PR-12-18-1.
Opinion delivered by Justice Myers.
Justices O'Neill and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, BARBARA L. MENSCH, recover her costs of this appeal from appellant, MONTE MENSCH.

Judgment entered this 30th day of January, 2014.

/Lana Myers/
LANA MYERS
JUSTICE

–2–